**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| AMY L. SCHNEIDER and<br>JANET E. BRENEMAN, individually<br>and on behalf of others similarly situated, | )<br>)<br>) | **CLASS ACTION COMPLAINT** |
| Plaintiffs, | )<br>) | **FLSA COLLECTIVE ACTION COMPLAINT UNDER 29 USC § 216(b)** |
| vs. | ) | CASE NO. 2:15-cv-00204-JMS-DKL |
| UNION HOSPITAL, INC. | ) | |
| Defendant. | ) | |
| SARAH J. GERACI, individually<br>and on behalf of others similarly situated, | )<br>) | |
| Plaintiff, | ) | |
| | ) | **CLASS ACTION COMPLAINT** |
| vs. | ) | **FLSA COLLECTIVE ACTION COMPLAINT UNDER 29 USC § 216(b)** |
| UNION HOSPITAL, INC., | ) | CASE NO. 2:16-cv-00207-JMS-DKL |
| Defendant. | ) | |

> In light of Plaintiffs' filing of a revised Joint Motion for Preliminary Approval of Class Action and FLSA Collective Action Settlement Agreement and Proposed Notices, [Filing No. 119], and the Court's grant of that motion, [Filing No. 120], the Court **DENIES AS MOOT** Plaintiff's original Joint Motion for Preliminary Approval of Class Action and FLSA Collective Action Settlement Agreement and Proposed Notices, [Filing No. 115].
> JMS, CJ, 02/1/17
> Distribution via ECF.

*JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT*

Plaintiffs, Amy L. Schneider, Janet E. Breneman and Sarah J. Geraci (collectively, "Plaintiffs") assert claims which relate to the payment of wages to employees of Defendant Union Hospital, Inc. ("Defendant," the "Company," or "Union Hospital") from July 6, 2013 to October 24, 2015. Specifically, the class includes non-exempt, hourly-paid persons employed by Defendant between July 6, 2013 and October 24, 2015 who may have been subject to illegal rounding practices which resulted in the underpayment of wages. This Joint Motion seeks final