UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| AMY L. SCHNEIDER and JANET E. BRENEMAN, individually and on behalf of others similarly situated, | ) ) ) ) | **CLASS ACTION COMPLAINT** |
| Plaintiffs, | ) ) ) ) ) | **FLSA COLLECTIVE ACTION COMPLAINT UNDER 29 USC § 216(b)** |
| vs. | ) ) | CASE NO. 2:15-cv-00204-JMS-DKL |
| UNION HOSPITAL, INC. | ) ) | |
| Defendant. | ) | |
| SARAH J. GERACI, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | **CLASS ACTION COMPLAINT** |
| | ) ) ) ) | **FLSA COLLECTIVE ACTION COMPLAINT UNDER 29 USC § 216(b)** |
| vs. | ) ) | CASE NO. 2:16-cv-00207-JMS-DKL |
| UNION HOSPITAL, INC., | ) ) | |
| Defendant. | ) | |

***PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS COUNSEL'S ATTORNEY'S FEES***

Comes now the Plaintiff Class, by its class representatives Amy L. Schneider, Janet E. Breneman and Sarah J. Geraci and by its Class Counsel, and, pursuant to FRCP 23(h), 29 USC § 216(b), I.C. 22-2-5-2 and the terms of the parties' Class and Collective Action Settlement and Release Agreement [Filing No. 115-1.], respectfully moves the Court for an Order approving the

agreed-upon attorney's fees and expenses in this cause, and in support of this petition, would show the Court as follows:

1. On January 13, 2017, the Court preliminarily approved the parties' Class Action and FLSA Collective Action Settlement Agreement. [Filing No. 120.] Included in the parties' settlement agreement is a clause agreeing that the attorney's fees and expenses awarded to Plaintiffs' counsel shall be an amount equal to one-third of the net settlement amount - Eight Hundred Twenty-One Thousand Three Hundred Fourteen Dollars and Thirty-Eight Cents ($821,314.38) [See Paragraph 7.1]. [Filing No. 115-1; Filing No. 115-8.]

2. A final fairness hearing is scheduled for May 8, 2017 in Terre Haute, Indiana.

3. In support of their Motion for Final Approval of Class Counsel's Fees, Plaintiffs rely upon the contemporaneously-filed Memorandum of Law in Support of Motion for Final Approval of Class Counsel's Attorney's Fees, the Affidavit of Robert P. Kondras, Jr. (submitted together with copies of contingent fee agreements and exhibits reflecting legal fees and expenses incurred during his representation of Plaintiffs in this matter), and the supporting Declaration of Attorney Philip J. Gibbons, Jr..

WHEREFORE, the Plaintiff Class respectfully requests that the Court approve its motion for final approval of Class Counsel's attorney's fees in the sum of Eight Hundred Twenty-One Thousand Three Hundred Fourteen Dollars and Thirty-Eight Cents ($821,314.38), and for all other just and proper relief in the premises.

Respectfully submitted,

HUNT, HASSLER, KONDRAS & MILLER LLP

By/s/Robert P. Kondras, Jr.
Robert P. Kondras, Jr.
Attorney No. 18038-84
100 Cherry Street
Terre Haute, IN 47807
(812) 232-9691
kondras@huntlawfirm.net

### CERTIFICATE OF SERVICE

I certify that on March 15, 2017 a copy of the foregoing pleading was served electronically upon the following:

Steve Lyman
Dana E. Stutzman
Nicholas S. Johnston
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
500 N. Meridian St., Suite 400
Indianapolis, IN 46204-1293

HUNT, HASSLER, KONDRAS & MILLER LLP

By/s/Robert P. Kondras, Jr.
Robert P. Kondras, Jr.