Sarah Geraci  Mar 15, 2017
12516 Cline Ave.
Crown Point, IN 46307

|  |  |
|---|---|
| File #: | 160126 |
| Attention: | |
| Inv #: | Sample |

RE: Sarah Geraci vs. Union Hospital

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-04-16 | Meeting with client | 1.00 | 400.00 | RPKJ |
| Jun-06-16 | Office conference regarding claim. | 0.30 | 120.00 | RFH |
| Jun-06-16 | Begin research to prep complaint | 1.00 | 400.00 | RPKJ |
| Jun-06-16 | Correspondence to client. | 0.25 | 100.00 | RPKJ |
| Jun-07-16 | Review records from Schneider class members to figure out mid-shift rounding | 1.50 | 600.00 | RPKJ |
| Jun-08-16 | Office conference regarding strategy. | 0.40 | 160.00 | RFH |
| Jun-08-16 | Receipt and review of proposed Complaint. | 1.00 | 400.00 | RFH |
| Jun-08-16 | Continued reviewing time records and calculating unpaid time; rounding and unpaid breaks | 2.50 | 1,000.00 | RPKJ |
| Jun-08-16 | Telephone conference with Sarah Geraci | 0.20 | 80.00 | RPKJ |
| Jun-08-16 | Research; Begin work on Class/Collective Action Complaint | 2.50 | 1,000.00 | RPKJ |
| Jun-09-16 | Office conference regarding proposed Complaint. | 0.20 | 80.00 | RFH |
| Jun-09-16 | Continued Westlaw and PACER research on rounding and unpaid break cases | 1.50 | 600.00 | RPKJ |
| Jun-09-16 | Continued drafting Class/Collective Action Complaint | 4.00 | 1,600.00 | RPKJ |
| Jun-09-16 | Draft Appearance | 0.25 | 100.00 | RPKJ |
| Jun-09-16 | Draft Summons and Civil Aciton Cover | 0.50 | 200.00 | RPKJ |
| Jun-09-16 | Correspondence to client. | 0.25 | 100.00 | RPKJ |
| Jun-09-16 | Telephone conference with Dr. Steward | 0.30 | 120.00 | RPKJ |
| Jun-10-16 | Preparation and filing of Appearance. | 0.20 | 80.00 | RFH |
| Jun-10-16 | Westlaw research o use of Discovery deposition from prior case | 0.75 | 300.00 | RPKJ |
| Jun-10-16 | Memo to file - Use of Depos from prior case | 0.40 | 160.00 | RPKJ |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jun-10-16 | Revise and add to class/collective action Complaint | 1.50 | 600.00 | RPKJ |
| Jun-10-16 | Correspondence to Dana Stutzman | 0.25 | 100.00 | RPKJ |
| Jun-10-16 | Correspondence to Sarah Geraci | 0.25 | 100.00 | RPKJ |
| Jun-23-16 | Review Court's 6/13 Notices | 0.10 | 40.00 | RPKJ |
| Jun-24-16 | Review Reassignment Order | 0.20 | 80.00 | RPKJ |
| Jun-24-16 | Exchange correspondence with Nick Johnston | 0.25 | 100.00 | RPKJ |
| Jun-27-16 | Review Appearances and Notice of Extension | 0.25 | 100.00 | RPKJ |
| Jun-28-16 | Review Defendant's Corporate Disclosure | 0.20 | 80.00 | RPKJ |
| Jul-07-16 | Westlaw research on short break cases since Hawkins | 0.50 | 200.00 | RPKJ |
| Jul-28-16 | Begin work on ideas for discovery; use of Schneider discovery | 0.30 | 120.00 | RPKJ |
| Aug-03-16 | Initial review of Defendant's Answer to Complaint and Affirmative Defenses | 0.40 | 160.00 | RPKJ |
| Aug-03-16 | Correspondence to client. | 0.25 | 100.00 | RPKJ |
| Aug-05-16 | Review and Calendar Court Order on 8/23 conference | 0.20 | 80.00 | RPKJ |
| Aug-09-16 | Correspondence to Defendants Counsel regarding time record sampling | 0.25 | 100.00 | RPKJ |
| Aug-15-16 | Exchange correspondence with Nick Johnston | 0.25 | 100.00 | RPKJ |
| Aug-15-16 | Draft Case Management Plan | 0.60 | 240.00 | RPKJ |
| Aug-16-16 | Exchange e-correspondence with N. Johnston; Review Defendant's revised CMP | 0.40 | 160.00 | RPKJ |
| Aug-16-16 | Correspondence to client. | 0.25 | 100.00 | RPKJ |
| Aug-17-16 | Complete First Request for Prodution of Documents | 1.00 | 400.00 | RPKJ |
| Aug-17-16 | Complete First Set of Interrogatories | 1.00 | 400.00 | RPKJ |
| Aug-17-16 | FRCP 26(a)(1) Initial Disclosures | 1.50 | 600.00 | RPKJ |
| Aug-17-16 | Draft FLSA Opt-In form | 0.25 | 100.00 | RPKJ |
| Aug-17-16 | Correspondence to Sarah Geraci | 0.25 | 100.00 | RPKJ |
| Aug-17-16 | Correspondence to Defendant's counsel regarding Discovery Prep | 0.25 | 100.00 | RPKJ |
| Aug-17-16 | Draft Notice of Service of Initial Disclosures | 0.25 | 100.00 | RPKJ |
| Aug-17-16 | Telephone conference with Dr. Steward | 0.30 | 120.00 | RPKJ |
| Aug-17-16 | Telephone conference with Nick Johnston | 0.20 | 80.00 | RPKJ |
| Aug-18-16 | Review and Calendar Court's Order pm 8/23 conference | 0.20 | 80.00 | RPKJ |
| Aug-19-16 | Exchange correspondence with client | 0.25 | 100.00 | RPKJ |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Aug-19-16 | Revise Request for Production of Documents | 0.20 | 80.00 | RPKJ |
| Aug-19-16 | Correspondence to Defendant's counsel regarding Discovery | 0.25 | 100.00 | RPKJ |
| Aug-22-16 | Correspondence to Dr. Steward | 0.25 | 100.00 | RPKJ |
| Aug-23-16 | Prep for conference call with Judge LaRue | 0.30 | 120.00 | RPKJ |
| Aug-23-16 | Represent client at pretrial conference | 0.30 | 120.00 | RPKJ |
| Aug-31-16 | Exchange correspondence with N. Johnston | 0.25 | 100.00 | RPKJ |
| Sep-01-16 | Exchange correspondence with Dr. Steward | 0.25 | 100.00 | RPKJ |
| Sep-02-16 | Exchange correspondence with Dr. Steward | 0.25 | 100.00 | RPKJ |
| Sep-02-16 | Exchange correspondence with client | 0.25 | 100.00 | RPKJ |
| Sep-06-16 | Prep conference with Dr. Steward | 0.40 | 160.00 | RPKJ |
| Sep-07-16 | Receipt and review of expert's report and calculations. | 0.50 | 200.00 | RFH |
| Sep-07-16 | Office conference regarding litigation strategy. | 0.30 | 120.00 | RFH |
| Sep-07-16 | Telephone conference with Dr. Steward | 0.30 | 120.00 | RPKJ |
| Sep-07-16 | Memo to file regarding damage projections | 0.40 | 160.00 | RPKJ |
| Sep-07-16 | Exchange correspondence with Valentyna Katsalap | 0.25 | 100.00 | RPKJ |
| Sep-07-16 | Correspondence to Sarah Geraci | 0.25 | 100.00 | RPKJ |
| Sep-07-16 | Correspondence to Defendant's counsel regarding damages | 0.25 | 100.00 | RPKJ |
| Sep-09-16 | Exchange correspondence with Nick Johnston | 0.25 | 100.00 | RPKJ |
| Sep-09-16 | Intiial review of Defendant's Discovery to Sarah Geraci | 0.20 | 80.00 | RPKJ |
| Sep-09-16 | Correspondence to Sarah Geraci | 0.25 | 100.00 | RPKJ |
| Sep-12-16 | Begin to review client's time records produced by Defendant | 0.50 | 200.00 | RPKJ |
| Sep-13-16 | Correspondence to client regarding records | 0.25 | 100.00 | RPKJ |
| Sep-13-16 | 1/2 of phone call with Nick Johnston | 0.30 | 120.00 | RPKJ |
| Sep-15-16 | Exchange correspondence with client | 0.25 | 100.00 | RPKJ |
| Sep-15-16 | Begin work on Responses to Defendant's discovery to Sarah Geraci | 0.50 | 200.00 | RPKJ |
| Sep-16-16 | Exchange correspondence with expert's office | 0.25 | 100.00 | RPKJ |
| Sep-24-16 | Exchange correspondence with client | 0.25 | 100.00 | RPKJ |
| Sep-26-16 | Review Union Hospital employee handbook; draft response to Request for Admission | 1.00 | 400.00 | RPKJ |
| Sep-26-16 | Correspondence to Sarah Geraci | 0.25 | 100.00 | RPKJ |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Sep-26-16 | Began drafting 2nd Request for Production of Documents | 0.40 | 160.00 | RPKJ |
| Sep-26-16 | Correspondence to Defendant's counsel with Plaintiff's Answer to Defendant's Request for Admissions | 0.25 | 100.00 | RPKJ |
| Sep-26-16 | Work on Interrogatory Answers | 2.00 | 800.00 | RPKJ |
| Sep-26-16 | Telephone conference with client. | 0.20 | 80.00 | RPKJ |
| Sep-26-16 | Begin draft of Plaintiff's Second Request for Production of Documents to Defendant | 1.00 | 140.00 | ALS |
| Sep-27-16 | Finalized Answer to Request for Admission | 0.20 | 80.00 | RPKJ |
| Sep-27-16 | Correspondence to Defendant's counsel | 0.25 | 100.00 | RPKJ |
| Sep-27-16 | Correspondence to client regarding Discovery | 0.25 | 100.00 | RPKJ |
| Sep-27-16 | Work on study of time records to show mid shift breaks/rounding | 0.50 | 200.00 | RPKJ |
| Sep-27-16 | Draft response to Defendant's Long Distance paragraph Request for Production of Documents | 1.50 | 600.00 | RPKJ |
| Sep-28-16 | Begin work on Uniform Discovery Protective Order and Motion | 0.60 | 240.00 | RPKJ |
| Sep-28-16 | Work on full Interrogatories and Request for Production of Documents | 0.40 | 160.00 | RPKJ |
| Sep-28-16 | Correspondence to Defendant's counsel regarding Doscovery and Discovery Protective Order | 0.25 | 100.00 | RPKJ |
| Sep-28-16 | Meeting with client to work on Discovery Response | 1.20 | 480.00 | RPKJ |
| Sep-28-16 | Finalize Interrogatory Answers and Response to Request for Production of Documents | 0.50 | 200.00 | RPKJ |
| Sep-28-16 | Correspondence to Defendant's counsel with client's discovery responses | 0.25 | 100.00 | RPKJ |
| Sep-28-16 | Revise plaintiff's discovery requests to defendant | 1.50 | 210.00 | ALS |
| Oct-11-16 | Exchange correspondence with Nick Johnston | 0.25 | 100.00 | RPKJ |
| Oct-12-16 | Work on class damage projections for 11/22 | 0.50 | 200.00 | RPKJ |
| Oct-13-16 | Review Court Order on 10/24 conference | 0.20 | 80.00 | RPKJ |
| Oct-13-16 | Work on draft settlement agreement | 0.50 | 200.00 | RPKJ |
| Oct-13-16 | Begin draft of proposed Settlement Agreement | 1.00 | 140.00 | ALS |
| Oct-17-16 | Correspondence to client. | 0.25 | 100.00 | RPKJ |
| Oct-17-16 | Review file for upcoming deadlines | 0.15 | 21.00 | ALS |
| Oct-20-16 | Correspondence to Sarah Geraci | 0.25 | 100.00 | RPKJ |
| Oct-24-16 | Represent client at phone conference with Court | 0.20 | 80.00 | RPKJ |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Oct-26-16 | Initial Review of Defendant's Rule 26(a)(1) Initial Disclosures | 0.20 | 80.00 | RPKJ |
| Oct-26-16 | Correspondence to client. | 0.25 | 100.00 | RPKJ |
| Oct-27-16 | Exchange correspondence with client | 0.25 | 100.00 | RPKJ |
| Oct-31-16 | Telephone conference with Mike Padgett; Represent client at phone conference with Judge Dinsmore | 0.50 | 200.00 | RPKJ |
| Nov-10-16 | Draft Preliminary Witness and Exhibit List | 0.50 | 200.00 | RPKJ |
| Nov-10-16 | Draft Statement of Special Damages | 1.00 | 400.00 | RPKJ |
| Nov-10-16 | Correspondence to client. | 0.25 | 100.00 | RPKJ |
| Nov-10-16 | Draft and File Opt-In Consent for John Warken | 0.25 | 100.00 | RPKJ |
| Nov-14-16 | Exchange correspondence with N. Johnston | 0.25 | 100.00 | RPKJ |
| Nov-14-16 | Correspondence to Dr. Steward | 0.25 | 100.00 | RPKJ |
| Nov-15-16 | Initial review of excel damages spreadsheet | 0.30 | 120.00 | RPKJ |
| Nov-15-16 | Exchange correspondence with V. Katslap | 0.25 | 100.00 | RPKJ |
| Nov-15-16 | Correspondence to N. Johnston with damages spreadsheet | 0.25 | 100.00 | RPKJ |
| Nov-21-16 | Research;work on damage calculations and review time records | 1.00 | 400.00 | RPKJ |
| Nov-22-16 | Meeting with client before settlement conference | 1.00 | 400.00 | RPKJ |
| Dec-19-16 | Receive and Review Order Consolidating Cases | 0.10 | 14.00 | ALS |
| Jan-16-17 | Correspondence to client. | 0.25 | 100.00 | RPKJ |
| Feb-08-17 | Exchange correspondence with Sarah Geraci | 0.25 | 100.00 | RPKJ |
|  | Totals | 61.70 | $23,705.00 |  |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Robert F. Hunt | 2.90 | $400.00 | $1,160.00 |
| Robert P. Kondras, Jr. | 55.05 | $400.00 | $22,020.00 |
| Amanda L. Sanders | 3.75 | $140.00 | $525.00 |

**DISBURSEMENTS**                                      **Disbursements**            **Receipts**

| | | | |
|---|---|---|---|
| Jun-18-16 | Filing fee (LOC) | 400.00 | |
| Sep-26-16 | Inv#2476 - expert witness services (LOC) | 987.50 | |
| | Totals | $1,387.50 | $0.00 |
| | **Total Fees, Disbursements** | | **$25,092.50** |
| | Previous Balance | | $0.00 |
| | Previous Payments | | $0.00 |
| | **Balance Due Now** | | **$25,092.50** |