## DECLARATION OF PHILIP J. GIBBONS, JR.

I, Philip J. Gibbons, Jr., declare under the penalty of perjury that the following statements are true and accurate, that I am over 18 years of age and otherwise competent to testify as to the matters contained herein, and that if called to testify in this matter, my testimony would be as follows:

1. I graduated from the Indiana University School of Law in 1996. I was admitted to the Indiana Bar on November 4, 1996. I was admitted to the North Carolina Bar on April 10, 2016. I am admitted and in good standing to practice before all Indiana and North Carolina Courts, the United States District Courts for the Northern and Southern Districts of Indiana, the United States District Courts for the Western and Middle Districts of North Carolina, as well as several other U.S. District and Appeals Courts. I have also been admitted *pro hac vice* to handle wage and hour cases in the states of Illinois, Texas, Kentucky, Michigan and Georgia.

2. Since November 1996, my practice has focused almost exclusively on litigating labor and employment law cases. In 2007, I began focusing my practice on wage and hour claims under federal and state law, including complex multi-plaintiff litigation. I have been employed by the following law firms as an associate: BAKER & DANIELS, LLP and BARNES & THORNBURG LLP. During the time period 2001 through 2003 I was employed "Of Counsel" by HASKIN, LAUTER & LaRUE. I was a partner in the law firm HASKIN, LAUTER, LaRUE & GIBBONS from 2003 through 2007. I was a partner in the law firm of GIBBONS JONES, P.C. from 2007 through 2013. In October 2013, I opened the law firm of GIBBONS LEGAL GROUP, P.C. located in

Indianapolis, Indiana. In July 2016, I opened the law firm of Phil Gibbons Law, P.C. located in Charlotte, North Carolina.

3. I am experienced in, focus on, and practice primarily within the field of employment law and have handled cases in a variety of forums including the Indiana Supreme Court, the Seventh Circuit Court of Appeals, the United States District Court for the Southern District of Indiana, the United States District Court for the Northern District of Indiana, the United States District Court for the Central District of Illinois, the Indiana Court of Appeals, multiple Federal Circuit Courts of Appeal, various county courts throughout Indiana, and various federal, state, and local administrative agencies.

4. I am respected by my peers as an accomplished plaintiff-side employment lawyer. Martindale-Hubble rates me as an "AV" attorney. Indiana Super Lawyers has included me in the 2015, 2016 and 2017 editions in the category of "Employment Litigation – Plaintiff." The Best Lawyers in America has recognized me in the 2015, 2016 and 2017 editions in the category of "Labor and Employment Law."

5. When I co-founded GIBBONS JONES, P.C. in October 2007, my regular hourly rate was set at $280.00/hour. On February 1, 2011, my regular hourly rate was increased from $280.00/hour to $300.00/hour. On October 1, 2012 my regular hourly rate was increased to $330.00/hour. On October 1, 2013, I founded Gibbons Legal Group, P.C. and my regular hourly rate increased to $350.00/hour. On October 1, 2014, my regular hourly rate increased to $385.00 per hour. On October 1, 2015, my regular hourly rate increased to $400.00 per hour. On October 1, 2016, my regular hourly rate increased to $415.00 per hour. Gibbons Legal Group, P.C. reviews and adjusts hourly attorney and staff billable rates on October 1 of each year.

6. Based upon my knowledge of the Indiana legal community, my current hourly rate of $415.00/hour is commensurate with other attorneys who practice plaintiff-side employment law and have similar levels of skill and experience. I include Bob Kondras in this group of plaintiff-side employment lawyers whom I would expect to bill at $400/hour or more based upon skill and years of experience.

Executed this 15th day of March, 2017.

*[signature]*

Philip J. Gibbons, Jr.