## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | | |
|---|---|---|
| AMY L. SCHNEIDER and JANET E. BRENEMAN, individually and on behalf of others similarly situated, | ) ) ) ) | **CLASS ACTION COMPLAINT** |
| Plaintiffs, | ) ) | **FLSA COLLECTIVE ACTION COMPLAINT UNDER 29 USC § 216(b)** |
| vs. | ) ) | CASE NO. 2:15-cv-00204-JMS-DKL |
| UNION HOSPITAL, INC. | ) ) | |
| Defendant. | ) | |
| SARAH J. GERACI, individually and on behalf of others similarly situated, | ) ) ) | **CLASS ACTION COMPLAINT** |
| Plaintiff, | ) ) | **FLSA COLLECTIVE ACTION COMPLAINT UNDER 29 USC § 216(b)** |
| vs. | ) ) | CASE NO. 2:16-cv-00207-JMS-DKL |
| UNION HOSPITAL, INC., | ) ) | |
| Defendant. | ) | |

### *ORDER APPROVING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS COUNSEL'S ATTORNEY'S FEES*

Comes now the Plaintiff Class, by its class representatives Amy L. Schneider, Janet E. Breneman and Sarah J. Geraci and by its Class Counsel, and files its Motion for Final Approval of Class Counsel's Attorney's Fees. The Court, having reviewed said motion, the supporting memorandum of law, and all supporting documents, now GRANTS Plaintiffs' motion.

Pursuant to FRCP 23(h), 29 USC § 216(b), I.C. 22-2-5-2 and the terms of the parties' Class and Collective Action Settlement and Release Agreement [Filing No. 115-1.], the Court hereby finds that Class Counsel for the Plaintiffs shall be awarded his attorney's fees in the sum of Eight Hundred Twenty-One Thousand Three Hundred Fourteen Dollars and Thirty-Eight Cents ($821,314.38).  Such fee is fair and reasonable under the terms of the parties' Settlement Agreement, the terms of Class Counsel's contingent fee agreements with each named plaintiff, based upon the work performed and result achieved for the Plaintiff Class by Class Counsel, and based upon all other circumstances relevant to this evaluation under FRCP 23(h).

SO ORDERED.

Date: _____            _____
The Honorable Jane Magnus-Stinson
Chief Judge
United States District Court for the
Southern District of Indiana

Distribution to:
kondras@huntlawfirm.net
hunt@huntlawfirm.net
slyman@HallRender.com
dstutzman@HallRender.com
njohnston@HallRender.com